

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed June 4, 2024

_____
**United States Bankruptcy Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In Re: | § § § | |
| KATHRYN L. REGISTER, | § § | Case No. 12-38150-swe7 |
| Debtor. | § § § | |

## ORDER GRANTING FIRST AND FINAL APPLICATION FOR COMPENSATION OF SPECIAL COUNSEL TO TRUSTEE: JOHNSON FIRM

Came on for consideration the *First and Final Application for Compensation of Special Counsel to Trustee: Johnson Firm* filed by Johnson Firm in the above styled and numbered case on April 24, 2024 [Docket No. 102]. After due notice and no objections filed, this Court has considered the Application and is of the opinion that the Application should be allowed. It is therefore,

**ORDERED** that Johnson Firm be and hereby is allowed and awarded the sum of **$37,025.33** for contingent attorney fees; and it is further

**ORDERED** that the Trustee be and hereby is authorized to pay Johnson Firm **$37,025.33** as final payment from funds in this estate.

### # # # END OF ORDER # # #

Order drafted by:

Emily S. Wall
Texas Bar No. 24079534
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Direct Dial: (214) 573-7307
Email: ewall@chfirm.com

Attorneys for Jeffrey H. Mims, Chapter 7 Trustee